# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE JAJUA,<br>              Plaintiff,<br>v.<br>DIAKON LUTHERAN SOCIAL MINISTRIES,<br>*d/b/a* TWINING VILLAGE,<br>              Defendants. | CIVIL ACTION NO. 16-4730 |

## ORDER

**AND NOW**, this 19th day of March 2018, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20), and the opposition, reply, sur-reply, and response to sur-reply thereto, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. With respect to Plaintiff's race discrimination claim based on her investigatory suspension, dated May 8, 2015 and written warning, dated May 18, 2015, Defendant's Motion is **GRANTED**.

2. In all other respects, Defendant's Motion is **DENIED**.

It is **FURTHER ORDERED** that no later than **April 2, 2018**, the parties shall report to the Court in writing whether they believe another settlement conference before the Honorable Carol Sandra Moore Wells, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings.

If the parties do not wish to engage in alternative dispute resolution, they shall provide the Court with a joint proposed schedule for trial.  In the alternative, the parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge, in which case counsel should complete and submit the attached form to the Clerk of Court.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|              |   )                    |
|--------------|------------------------|
| *Plaintiff*  | )                      |
|              | )                      |
| *v.*         | )  **Civil Action No.** |
|              | )                      |
| *Defendant*  | )                      |

**CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

**Parties' Printed Names:**        **Signatures of Parties or Attorneys:**        **Dates:**

*Reference Order*

IT IS ORDERED: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

*District Judge's signature*

**Date:**

*(Printed Name and Title)*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

(05/2013)

Print    Save As...    Reset